UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 09-32-GWU

BILL F. WELLS,                                                                              PLAINTIFF,

VS.                                               **ORDER**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                             DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with a Memorandum Opinion entered simultaneously with this order,

IT IS HEREBY ORDERED that:

(1)   the plaintiff's motion for a writ of mandamus is DENIED;

(2)   the defendant's motion to dismiss is GRANTED;

(3)   all other pending motions, if any, are MOOT; and

(4)   this action is DISMISSED without prejudice and STRICKEN from the docket of this court.

This the 20th day of October, 2009.



Signed By:

_G. Wix Unthank_

**United States Senior Judge**