UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 09-32-GWU

BILL F. WELLS,                                                                                  PLAINTIFF,

VS.                                      **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                                    DEFENDANT.

* * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)   the motion for a writ of mandamus is DENIED; and

(2)   the above-styled action is STRICKEN from this Court's active docket.

This the 20th day of October, 2009.

Signed By:

G. Wix Unthank

**United States Senior Judge**